**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Sarah Freeman
_____

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Steven Harris
_____
Scott Panora
_____
Sandra De Luca
_____
Yvette De bronzo
_____
N.J. Department of The Treasury-
Unclaimed Property Administration
_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**

Jury Trial: ☑ Yes ☐ No

*(check one)*

**RECEIVED**

DEC 06 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**I.        Parties in this complaint:**

A.        List your name, address and telephone number.  Do the same for any additional  plaintiffs named.  Attach
          additional sheets of paper as necessary.

| Plaintiff | Name | Sarah Freeman |
|---|---|---|
| | Street Address | 272 Ward Ave Apt 5P |
| | County, City | Burlington - Bordentown |
| | State & Zip Code | New Jersey 08505 |
| | Telephone Number | 609-496-4396 |

B.      List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name Steven Harris

Street Address 50 West State Street 6th floor

County, City Mercer - Trenton

State & Zip Code New Jersey 08625

Defendant No. 2

Name Scott Janora

Street Address 50 West State Street

County, City Mercer - Trenton

State & Zip Code New Jersey 08625

Defendant No. 3

Name Sandra DeLuca

Street Address 50 West State Street

County, City Mercer - Trenton

State & Zip Code New Jersey 08625

Defendant No. 4

Name Yvette Debronzo

Street Address 50 West State Street

County, City Mercer - Trenton

State & Zip Code New Jersey 08625

Defendant NO. 5    NJ Department of the Treasury, Unclaimed Property
50 West State Street
Mercer - Trenton
New Jersey 08625

II.    **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.      What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions                    [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff            [ ] U.S. Government Defendant

B.      If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? The federal statutes at issue in this case are the 14th Amendment, Title VII Civil Right Act and section 183 of title 42. I should be granted "Equal protection of the laws and bars the State from violating the privileges and immunities of its citizens.

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship    N/A

Defendant(s) state(s) of citizenship    N/A

**III.    Statement of Claim:**

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? My place of employment, NJ Department of the Treasury, Unclaimed Property  50 West State Street, 6th fl Trenton, NJ 08625

B.    What date and approximate time did the events giving rise to your claim(s) occur?  September 26, 2017 approx 10:30am, August 22nd 12:24pm, August 23rd 11:00am, September 20 10:30am

C.    Facts: [What happened to you?] I have been consistently and systematically retaliated against because I have filed complaints and claims against my employer and supervisors for unlawful discrimination and failure to provide a promotion opportunity for which I was more than qualified and eligible

1. [Who did what?] Steven Harris openly verbally stated he had no intention of promoting me and planned systematic ways of removing opportunities for my employment advancement. 2. Scott Janora has failed to provide support and advocacy for my employment advancement and has provided no means of prevention of retaliation against me for the previously filed complaints of discrimination and retaliation. 3. Sandra Deluca assisted in [Was anyone else involved?] the request in the renumbering of the position announcement for which I was eligible to assist in the plan to remove opportunities for my employment advancement. 4. Yvette Debranzo told me I was facing disciplinary charges that would be placed in my personnel file in front of other employees to embarass and harass me when I was not in violation of any work related [Who else saw what happened?] tAskers and also made the comment "something smells fruity" over there referring to the area where my desk is to another co-worker encouraging her to whisper, laugh and belittle me. Linda Henderson a co-worker was at her desk when the incidents 3- occured in her per view. Additionally the employees of the "call center" who sit nearby in proximity of where the incidents occurred could hear the conversation.

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. As a result of the way I have been unlawfully treated, I am experiencing extreme anxiety, stress and panic attacks. I have been seeing a doctor and I have requested treatment from a state authorized physician. I am currently on medical leave and under medical care.

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I would like the Court to hear my case and require the NJ Department of The Treasury to require my supervisors to treat me lawfully and place me in my rightful Title "Senior Claims Investigator" a title I deserve and have been eligible for since 2007. I want to be compensated for salary loss commensurate to that title for the past 11 years which amounts to $10,000 annually X 11 years = $110,000.00 plus reimbursement for the $15 bi-weekly co-pay for counseling appointments related to stress endured for a period of 2 years $15 x 2 month = $30 x 24 months = $1,440.00 $110,000 + $1,440 for a total of $111,440.00

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___6___ day of ___December___, 20 _18_.

Signature of Plaintiff _____

Mailing Address  272 Ward Avenue

Bordentown, NJ 08505

Telephone Number  609-496-4396

Fax Number *(if you have one)* _____

E-mail Address _____

<u>N</u>ote:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

- 5 -

EEOC Form 161 (11/16)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

**RECEIVED**

To: **Sarah Freeman**
**272 Ward Avenue**
**Bordentown, NJ 08505**

From: **Philadelphia District Office**
**801 Market Street**
**Suite 1300**
**Philadelphia, PA 19107**

DEC 06 2018

AT 8:30_____M
WILLIAM T. WALSH
CLERK

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 524-2018-01075 | **Legal Unit,**<br>**Legal Technician** | **(215) 440-2828** |

## THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

_Jamie R. Williamson,_
**District Director**

Sept 7, 2018
(Date Mailed)

cc:  **STATE OF NEW JERSEY DEPARTMENT OF THE TREASURY**

**Deirdre Webster Cobb, EEO/AA Officer and Diversity Programs (for Respondent)**